FILED
NOV 23 2011
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE GORDON THOMPSON, JR.)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>**MIGUEL TOSCANO-ALANIZ,**<br><br>　　　　Defendant. | Case No. 06CR1206-GT<br><br>ORDER TO CONTINUE REVOCATION<br>OF SUPERVISED RELEASE HEARING DATE |

　　　　GOOD CAUSE APPEARING, it is hereby ordered that the presently scheduled revocation hearing set before the Honorable Gordon Thompson, Jr., for November 28, 2011, at 9:30 a.m. be continued to January 9, 2012, at 9:30 a.m. Mr. Toscano is in custody.

DATED: 11-23-11

_____
HONORABLE GORDON THOMPSON, JR.
United States District Court Judge