FILED
JAN 0 6 2012
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE GORDON THOMPSON, JR.)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>v.<br><br>MIGUEL TOSCANO-ALANIZ,<br><br>   Defendants. | Case No. 06CR1206-GT<br><br>ORDER GRANTING<br>JOINT MOTION TO CONTINUE<br>REVOCATION OF SUPERVISED RELEASE<br>HEARING DATE |

**IT IS HEREBY ORDERED** that the revocation of supervised release hearing date in this matter now scheduled for January 9, 2012 at 9:30 a.m. be continued until Friday, February 10, 2012, at 9:30 a.m. Mr. Toscano is in custody.

**IT IS SO ORDERED.**

Dated: 1-6-12

_____
HONORABLE GORDON THOMPSON, JR.
UNITED STATES DISTRICT JUDGE